IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Raymone Crockwell, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -vs- | ) No. 15-cv-825 |
| | ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, | ) Judge Shah |
| | ) |
| | ) Magistrate Judge Cox |
| *Defendants.* | ) |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

It is stipulated between the parties, by their respective undersigned counsel, that this action is dismissed with prejudice and without costs under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

<u>/s/ Patrick W. Morrissey</u>
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

<u>/s/ Jacqueline Carroll</u> (with consent)
Jacqueline Carroll, ASA
69 W. Washington, Suite 2030
Chicago, IL 60602
*An attorney for defendant Cook County*

<u>/s/ Brian Casey</u> (with consent)
Brian Casey, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Sheriff*